

YAAKOV SAKS▲*
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

January 26, 2021

**Via CM/ECF**
The Honorable John G. Koeltl
United States District Court
Southern District of New York

> The conference is adjourned to March 29, 2021 at 3:30 p.m.
>
> SO ORDERED.
>
> New York, New York /s/ John G. Koeltl
> January 28, 2021   John G. Koeltl, U.S.D.J.

Re:     **Angeles vs Just Candy LLC**
        **Case #: 1:20-cv-8808**

Dear Judge Koeltl:

We represent the plaintiff in the above matter.  We write jointly with Defendant to respectfully request that the pretrial conference currently scheduled for February 4, 2021, at 2:30pm be adjourned until after Defendant's Answer is due, March 12, 2021. The parties hope to pursue a resolution of this matter in the interim.

This is the first request for an adjournment.

We thank Your Honor and the Court for its kind considerations and courtesies.

Respectfully submitted,

*s/ Mark Rozenberg, Esq.*
Mark Rozenberg, Esq.

cc:     All Counsel of Record via ECF